IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENEA SCOTT,

    Plaintiff,                        CV F 05 1282 OWW WMW   P

    vs.                                      ORDER

SAMPATH SURADEVERA, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding with retained counsel in a civil rights action. Pending before the court is Plaintiff's motion for leave to file an amended complaint.

        Plaintiff filed this action pro se. Along with the complaint, plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Subsequently, counsel for plaintiff filed a notice of substitution of counsel. Though plaintiff is represented by counsel, the filing fee remains outstanding. Pursuant to 28 U.S.C. § 1914(a), the filing fee for a civil action is $250.

        Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is liable for the filing fee. In the normal course of prisoner litigation, the court would enter an order directing the Department of Corrections to collect and forward to the court the filing fee from plaintiff's trust account. The court would assess an initial filing fee of $11.86, and would direct the Department of Corrections

to collect and forward to the court the balance of the filing fee pursuant to the formula set forth in section 1915(b)(1).   The court will grant plaintiff, or plaintiff's counsel, thirty days in which to submit the filing fee in full.  Should plaintiff fail to pay the filing fee, the court will grant plaintiff leave to proceed in forma pauperis, and direct the Department of Corrections to collect from plaintiff's trust account and forward to the court an initial filing fee.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order in which to submit the filing fee in full.

IT IS SO ORDERED.

**Dated:   February 16, 2006**              /s/  **William M. Wunderlich**
mmkd34                           UNITED STATES MAGISTRATE JUDGE