Mario L. Beltramo, Jr., # 053146-0
Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, MADERA COMMUNITY HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT,<br><br>           Plaintiff,<br><br>v.<br><br>RODERICK HICKMAN; FRENCHIE SELLF; JEANNE WOODFORD; RICHARD RIMMER; ROSANNE CAMPBELL; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; MOHAMMED ANWAR, M.D.; SUSAN HOGELUND, R.N.; and MADERA HOSPITAL, a California Corporation,<br><br>           Defendants. | Case No.  1:05-CV-01282-0WW-WMW-PC<br><br>STIPULATION REGARDING EXTENSION OF TIME FOR MADERA COMMUNITY HOSPITAL TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER GRANTING EXTENSION OF TIME<br><br>**First Amended Complaint Filed:** 1/31/06 |

## **STIPULATION OF THE PARTIES**

IT IS HEREBY STIPULATED AND AGREED between the plaintiff and defendant, MADERA COMMUNITY HOSPITAL, by and through their respective counsel, that defendant, MADERA COMMUNITY HOSPITAL, shall be granted an extension of time in which to Answer or otherwise respond to plaintiff's First Amended Complaint in the matter of Genea Scott v. Hickman, et al. (Case No. CV-01282-0WW-WMW).

1  The parties hereby stipulate and agree that defendant, MADERA COMMUNITY HOSPITAL, shall Answer or otherwise respond to plaintiff's Complaint pursuant to the terms of this Stipulation on or before **March 20, 2006**.

This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same Stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned hereby consents to the terms set forth in the foregoing Stipulation.

Dated: March 6, 2006                            McCORMICK, BARSTOW, SHEPPARD
                                                WAYTE & CARRUTH LLP


                                                By:      /s/Daniel L. Wainwright
                                                         Mario L. Beltramo, Jr.
                                                         Daniel L. Wainwright
                                                Attorneys for Defendant, MADERA
                                                COMMUNITY HOSPITAL


Dated: March 6, 2006                            BINGHAM MCCUTCHEN LLP


                                                By:      /s/Elizabeth P. Miller
                                                         Jason A. Yurasek
                                                         Margaret A. McLetchie
                                                         Elizabeth P. Miller
                                                Attorneys for Plaintiff, GENEA SCOTT

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER OF THE COURT REGARDING STIPULATION**

Pursuant to the Stipulation and Agreement of plaintiff and defendant, MADERA COMMUNITY HOSPITAL, as reflected above, and, FOR GOOD CAUSE showing, the Court ORDERS that defendant, MADERA COMMUNITY HOSPITAL, shall have until **March 20, 2006** to either Answer or otherwise respond to plaintiff's First Amended Complaint.

DATED: March 8__, 2006

/s/ OLIVER W. WANGER
Judge of the U. S. District Court

00002/00223-921374.v1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East

3

PDF created with pdfFactory trial version www.pdffactory.com