| | |
|---|---|
| Mario L. Beltramo, Jr., # 053146-0<br>Daniel L. Wainwright, # 193486<br>McCormick, Barstow, Sheppard<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:    (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendant, MADERA COMMUNITY HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT,<br><br>          Plaintiff,<br><br>     v.<br><br>RODERICK HICKMAN; FRENCHIE SELLF; JEANNE WOODFORD; RICHARD RIMMER; ROSANNE CAMPBELL; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; SHELLY KRUSE, M.D.; MOHAMMED ANWAR, M.D.; SUSAN HOGELUND, R.N.; and MADERA HOSPITAL, a California Corporation,<br><br>          Defendants. | Case No.  CV-05-01282-0WW-WMW-PC<br><br>STIPULATION OF THE PARTIES REGARDING DEFENDANTS' RESPECTIVE RESPONSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER OF THE COURT<br><br>First Amended Complaint Filed: **1/31/06** |

## STIPULATION OF THE PARTIES

    1.    The parties hereby agree and stipulate that it is expected that each of the named defendants in this case will each bring Motions to Dismiss some and/or all of the causes of action currently asserted in plaintiff's First Amended Complaint.

    2.    This stipulation encompasses those defendants who have authorized their respective attorneys to execute this stipulation on their behalf (namely MADERA COMMUNITY HOSPITAL, MOHAMMED ANWAR, M.D. and SAMPATH SURYADEVARA, M.D.) as well as the other named California Department of Correction defendants, all of whom are expected to

PDF created with pdfFactory trial version www.pdffactory.com

1  be represented by the State Attorney General's Office in the future.

2      3.    The parties also acknowledge that many of the issues/arguments that will form the
3  basis for a Motion to Dismiss in the above referenced case are substantially the same as to the
4  issues and arguments raised in the Motions to Dismiss filed in the similar case of <u>Allen v.
5  Woodford, et al.</u> (Case No. CV-01104-OWW-LJO).

6      4.    The hearings on the three pending <u>Allen</u> Motions to Dismiss are scheduled for
7  April 10, 2006 at 10:00 a.m. before Judge Oliver Wanger and it is possible the Court may grant
8  some portion of the three defense Motions.

9      5.    The parties wish to have the benefit of the Court's ruling on the Motions to
10 Dismiss in the <u>Allen</u> matter before filing any response to the First Amended Complaint and thus,
11 seek an extension of time until after the Court issues an Order on the <u>Allen</u> Motions.

12     6.    By extending the time for defendants to respond to the First Amended Complaint
13 in the <u>Scott</u> case, the defendants will be educated as to which causes should be attacked, based on
14 what the Court has already found in the parallel <u>Allen</u> case.

15     7.    By extending the time for defendants to respond to the First Amended Complaint
16 in the <u>Scott</u> case, plaintiff will be able to amend her current Complaint in accordance with the
17 Court's earlier findings has done in the <u>Allen</u> case

18     8.    It is hereby stipulated and agreed between plaintiff and defendants, through their
19 respective counsel, as follows:

20     a.    Each defendant will have an "Open Extension" to Answer or otherwise
21 respond to the First Amended Complaint in the <u>Scott</u> case until after the Court issues its Order on
22 the three separate Motions to Dismiss in the <u>Allen</u> case.

23     b.    Within fifteen (15) Court days from the issuance of the Court's Order on
24 the three <u>Allen</u> Motions, assuming some portion of the three Motions is granted, plaintiff must
25 either file a Second Amended Complaint or Notice that she will not be amending her First
26 Amended Complaint.

27     c.    Defendants would then have twenty (20) Calendar days from the filing and
28 serving of either plaintiff's Second Amended Complaint or Notice that she will not be amending

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East

STIPULATION OF THE PARTIES REGARDING DEFENDANTS' RESPECTIVE RESPONSES
TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER OF THE COURT

PDF created with pdfFactory trial version www.pdffactory.com

1  her First Amended Complaint to Answer or otherwise respond to the current Complaint.

2           d.     Should the Court deny, in their entirety, all three Motions to Dismiss in the <u>Allen</u> case, then each defendant in the <u>Scott</u> case shall have twenty (20) Calendar days from the issuance of the Court's Order to Answer or otherwise respond to plaintiff's First Amended Complaint.

      This Stipulation contains the entire agreement among the parties.  The undersigned hereby consents to the terms set forth in the foregoing Stipulation.

Dated: April 6, 2006                                    McCORMICK, BARSTOW, SHEPPARD
                                                        WAYTE & CARRUTH LLP


                                                        By: /s/  Daniel L. Wainwright
                                                        _____
                                                             Mario L. Beltramo, Jr.
                                                             Daniel L. Wainwright
                                                        Attorneys for Defendant, MADERA
                                                        COMMUNITY HOSPITAL

Dated: April 6, 2006                                    BINGHAM McCUTCHEN LLP

                                                        By: /s/  Jason A. Yurasek
                                                        _____
                                                             Jason A. Yurasek
                                                             Margaret A. McLetchie
                                                             Elizabeth P. Miller
                                                        Attorneys for Plaintiff, GENEA SCOTT

Dated: April 6, 2006                                    BAKER, MANOCK & JENSEN

                                                        By: /s/  Suzanne D. McGuire
                                                        _____
                                                             Suzanne D. McGuire
                                                        Attorneys for Defendant, MUHAMMAD
                                                        ANWAR, M.D.

Dated: April 6, 2006                                    ATTORNEY GENERAL'S OFFICE OF THE
                                                        STATE OF CALIFORNIA

                                                        By: /s/  William Krabbenhoft
                                                        _____
                                                             William Krabbenhoft
                                                             Deputy Attorney General
                                                        Attorneys for Defendant, SAMPATH
                                                        SURYADEVARA, M.D.

3

STIPULATION OF THE PARTIES REGARDING DEFENDANTS' RESPECTIVE RESPONSES
TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER OF THE COURT

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER OF THE COURT REGARDING STIPULATION

Pursuant to the Stipulation and Agreement of plaintiff and defendants, as reflected above, and, for GOOD CAUSE showing and for the sake of JUDICIAL ECONOMY and EFFICIENCY, the Court ORDERS the following:

a. The Court acknowledges that the above captioned matter ("Scott") and the case of Allen v. Woodford, et al. (Case No. CV-01104-OWW-LJO) ("Allen") involve a very similar fact pattern, involve many of the same defendants and involve many of the same causes of action, claims and defenses.

b. The Court is aware that the defendants in the Allen matter have filed three separate Motions to Dismiss, which this Court will hear on April 10, 2006.

c. Each defendant in the Scott case will have an "Open Extension" to Answer or otherwise respond to plaintiff's First Amended Complaint until *after* the Court issues its Order on the three separate Motions to Dismiss in the Allen matter.

d. Within fifteen (15) Court days from the issuance of the Court's Order on the three Allen Motions, assuming some portion of the three Motions are granted, plaintiff must either file a Second Amended Complaint or Notice that she will not be amending her First Amended Complaint.

e. Defendants thereafter will have twenty (20) Calendar days from the filing and serving of either plaintiff's Second Amended Complaint or Notice that she will not be amending her First Amended Complaint to Answer or otherwise respond to the current Complaint.

f. Should the Court deny, in their entirety, all three Motions to Dismiss in the Allen case, then each defendant in the Scott case shall have twenty (20) Calendar days from the issuance of the Court's Order to Answer or otherwise respond to plaintiff's First Amended Complaint.

DATED: April 11, 2006

/s/ OLIVER W. WANGER
Judge Oliver W. Wanger

00002/00223-925202.v1

4

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

STIPULATION OF THE PARTIES REGARDING DEFENDANTS' RESPECTIVE RESPONSES
TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER OF THE COURT

PDF created with pdfFactory trial version www.pdffactory.com