UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEA SCOTT,  )<br> )<br>            Plaintiff,  )<br> )<br>     v.  )<br> )<br>SAMPATH SURVADEVERA,  )<br> )<br> )<br>            Defendant.  )<br> )<br>_____) | 1:05-cv-1282 OWW WMW<br><br>NEW CASE NUMBER:<br><br>1:05-cv-1282 OWW LJO<br><br><br>**ORDER REASSIGNING CASE** |

It appearing that this matter is related to action 1:05-cv-1104 OWW LJO, <u>Brenda Allen vs Jeanne Woodford</u>, this matter is reassigned from the docket of United States Magistrate Judge William M. Wunderlich to the docket of United States Magistrate Judge Lawrence J. O'Neill.

A scheduling conference will be held in this matter on September 29, 2006 at 8:45 a.m. before Judge Wanger.


_____
       OLIVER W. WANGER
   UNITED STATES DISTRICT JUDGEIT IS
SO ORDERED.

Emm0d6**Dated:   August 3, 2006**            **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

1