# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEA SCOTT, | CASE NO. 1:05-CV-01282-OWW-LJO-P |
| Plaintiff, | ADMINISTRATIVE ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE |
| v. | |
| SAMPATH SURYADEVERA, | |
| Defendant. | |

This action was filed on October 11, 2005, and designated as a 550 PC case. Upon review by the Court, it has been determined that the present action is a regular civil action and should be designated as a 440 suit. Therefore, the Clerk of the Court is HEREBY DIRECTED to change the designation of the present case to reflect that of a regular civil action.

IT IS SO ORDERED.

**Dated:   August 7, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE