| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | JASON A. YURASEK (SBN 202131) |
| 2 | DANIEL A. FELDSTEIN (SBN 209364) |
|   | ELIZABETH P. MILLER (SBN 239291) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
|   | Facsimile:  (415) 393-2286 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | GENEA SCOTT, REGINA BOYCE, AND JULIE |
|   | HOLMES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES | No. 1:05-CV-01282-OWW-LJO |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENDED BRIEFING SCHEDULE** |
| v. | Judge: Honorable Oliver W. Wanger |
| RODERICK HICKMAN; FRENCHIE SELLF; JEANNE WOODFORD; RICHARD RIMMER; ROSANNE CAMPBELL; PETER SZEKRENYI; DEBRA JACQUEZ; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; SHELLY KRUSE, M.D.; MUHAMMAD ANWAR, M.D.; SUSAN HOGELUND, R.N.; and MADERA COMMUNITY HOSPITAL, a California Corporation, | |
| Defendants. | |

WHEREAS, on July 17, 2006, Plaintiffs Genea Scott, Regina Boyce, and Julie Holmes filed and served their Second Amended Complaint in the above captioned matter;

1        WHEREAS, also on July 17, 2006, Plaintiff Brenda Allen filed and served her

2   Second Amended Complaint in the related case known as *Allen et al. v. Jeanne Woodford, et al.*

3   (Case No. CV-01104);

4        WHEREAS, Defendants' responsive pleadings in both cases are required by

5   August 7, 2006;

6        WHEREAS, Defendants previously notified Plaintiffs in both cases of their

7   intention to file Motions to Dismiss Plaintiffs' Second Amended Complaints and/or other

8   responsive motions and requested additional time to brief and file such motions;

9        WHEREAS, Defendants in this action also contemplate filing a Motion to Sever

10  each Plaintiffs' claims into separate lawsuits;

11       WHEREAS, Plaintiffs in both cases contemplate filing a Motion to Consolidate

12  the related *Allen* and *Scott* cases into a single action;

13       WHEREAS, in order to facilitate judicial efficiency, all parties have agreed to an

14  extended briefing schedule for such contemplated Motions to Dismiss and/or other responsive

15  motions, Motions to Sever, and/or Motions to Consolidate.  In addition, all parties agree that any

16  party may file joint motions, oppositions or reply briefs in this matter.  To the extent such joint

17  opposition and/or reply briefs are used, all parties agree that their respective page limits shall be

18  no more than the combined page limits if such briefs were filed separately.

19       Accordingly, IT IS STIPULATED that:

20       1.   A hearing date for Defendants' Motions to Dismiss and/or other

21  responsive motions, Defendants' Motion to Sever in the *Scott* case, and Plaintiffs' Motion to

22  Consolidate the *Allen* and *Scott* cases, will be scheduled for October 16, 2006 at 10:00 a.m.

23  before Judge Wanger, or on any date thereafter as scheduled by the Court.

24       2.   Defendants' Motions to Dismiss and/or other responsive motions,

25  Defendants' Motions to Sever, and Plaintiff's Motion to Consolidate shall be filed and

26  electronically served on all parties no later than August 18, 2006.

PDF created with pdfFactory trial version www.pdffactory.com

1      3.    All opposition briefs shall be filed and electronically served no later than

2  September 15, 2006.

3      4.    All reply briefs shall be filed and electronically served no later than

4  September 25, 2006.

5      5.    The parties may, at their sole discretion, file joint motions, oppositions or

6  reply briefs to the Motions to Dismiss and/or other responsive motions, Motions to Sever, and/or

7  Motions to Consolidate expected to be filed in the above captioned case.  To the extent such joint

8  opposition and/or reply briefs are submitted, the respective page limits shall be no more than the

9  combined page limits of such briefs if they were separately filed.

10 DATED: August 7, 2006

11     BINGHAM MCCUTCHEN LLP

13     By:    /s/ Jason A. Yurasek

14     JASON A. YURASEK
    DANIEL A. FELDSTEIN

15     Attorneys for Plaintiffs
    Genea Scott, Regina Boyce,
    and Julie Holmes

17 DATED: August ___, 2006

18     BILL LOCKYER
    Attorney General of the State of California

21     By:    /s/ Bill Krabbenhoft
    BILL KRABBENHOFT

22     Attorneys for Defendants
    Roderick Hickman, Frenchie Sellf

23     Jeanne Woodford, Richard Rimmer,
    Rosanne Campbell, Peter Szekrenyi,

24     Debra Jacquez, Gwendolyn Mitchell,
    Sampath Suryadevara, M.D.,
    Juan Jose Tur, M.D., and Shelly Kruse, M.D.

25

26

3

**STIPULATION AND [PROPOSED] ORDER
FOR EXTENDED BRIEFING SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: August ___, 2006

2                                                    MCCORMICK, BARSTOW, SHEPPARD,
                                                     WAYTE & CARRUTH
3

4
                                                     By:      /s/ Mario L. Beltramo
5                                                         MARIO L. BELTRAMO, JR.
                                                          DANIEL WAINWRIGHT
6                                                         Attorneys for Defendants
                                                          Madera Community Hospital and
7                                                             Susan Hogelund, R.N.

8

9  DATED: August ___, 2006

10                                                   BAKER, MANOCK & JENSEN

11

12                                                   By:      /s/ Suzanne D. McGuire
                                                          SUZANNE D. MCGUIRE
13                                                        SHERRIE M. FLYNN
                                                          Attorneys for Defendant
14                                                         Muhammed Anwar, M.D.

15

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

17  DATED: August _31__, 2006

18

19                                                   By:  /s/ OLIVER W. WANGER
                                                            Hon. Oliver W. Wanger
20                                                     United States District Court Judge

21

22

23

24

25

26

4

**STIPULATION AND [PROPOSED] ORDER
FOR EXTENDED BRIEFING SCHEDULE**

PDF created with pdfFactory trial version www.pdffactory.com