Suzanne D. McGuire #203888
Sheryl M. Flood #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant MUHAMMAD ANWAR, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>JEANNE WOODFORD, RICHARD RIMMER; ROSANNE CAMPBELL; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; MUHAMMAD ANWAR, M.D.; MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>    Defendants.<br>_____<br>GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES,<br><br>    Plaintiffs,<br><br>v.<br><br>RODERICK HICKMAN; FRENCHIE SELLF; JEANNE WOODFORD; RICHARD RIMMER; ROSANNE CAMPBELL; PETER SZEKRENYI; DEBRA JACQUEZ; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; SHELLY KRUS, M.D.; MUHAMMAD ANWAR, M.D.; SUSAN HOGELUND, R.N.; and MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>    Defendants. | Case No. 1:05-CV-01104-OWW-LJO<br>Case No. 1:05-CV-01282-OWW-WMW<br><br>ORDER AMENDING MEMORANDUM DECISION AND ORDER GRANTING IN PART DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS<br><br>AMENDING:<br>**[DOC. 109 - 1:05-CV-01104-OWW-LJO]**<br>**[DOC. 51 - 1:05-CV-01282-OWW-WMW]** |

The Court's MEMORANDUM DECISION AND ORDER GRANTING IN PART DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS [DOC. 109 in 1:05-CV-01104-OWW-LJO; DOC. 51 in 1:05-CV-01282-OWW-WMW] is amended as follows:

1. **The Court strikes the following language at page 3, lines 2-3:**

"On separate motions the court has consolidated both cases for the purposes of trial."

2. **The CONCLUSION beginning at page 36, line 18, is amended to read as follows:**

- CDC Defendants' motion to dismiss non medical CDC Defendants from Plaintiff Scott's action is **GRANTED WITH LEAVE TO AMEND.**

- CDC Defendants' motion to dismiss non medical CDC Defendants for Plaintiffs' failure to state a federal claim is **DENIED.**

- CDC Defendants' motion to dismiss on qualified immunity grounds is **DENIED.**

- Defendants' motion to dismiss Plaintiffs' gross negligence claim is **GRANTED.**

- Defendant's motion to dismiss Allen's seventh cause of action for negligent misrepresentation is **GRANTED WITH LEAVE TO AMEND.**

- Anwar's motion to dismiss Plaintiffs' fourth cause of action for civil battery is **DENIED.**

- Anwar's motion to dismiss Plaintiffs' ninth cause of action for negligent infliction of emotional distress is **GRANTED.**

- Anwar's motion to strike Plaintiffs' attorneys' fees for their state law claims is **DENIED.**

IT IS SO ORDERED.

**Dated:   February 5, 2007**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE