Suzanne D. McCarter #203888
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant MUHAMMAD ANWAR, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>RODERICK HICKMAN; FRENCHIE SELLF; JEANNE WOODFORD; RICHARD RIMMER; ROSANNE CAMPBELL; PETER SZEKRENYI; DEBRA JACQUEZ; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; MUHAMMAD ANWAR, M.D.; SUSAN HOGELUND, R.N.; and MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>Defendants. | Case No. 1:05-CV-01282-OWW-NEW (WMW)<br><br>STIPULATION AND ORDER ON RESPONSES TO THIRD AMENDED COMPLAINT |

As authorized by Rule 6-144 of the Local Rules of the United States District Court for the Eastern District of California, the parties, by and through their respective attorneys of record, hereby stipulate as follows:

1. In order that the parties may have the benefit of the Court's rulings on Plaintiffs' Motion for Leave to File [Proposed] Third Amended Complaint and Motion for Reconsideration, all parties agree that Responses to Plaintiffs' Third Amended Complaint will be filed no later than April 19, 2007.

2. If the Court has not issued a written ruling on Plaintiffs' Motion for Leave to

STIPULATION AND [PROPOSED] ORDER ON RESPONSES TO THIRD AMENDED COMPLAINT

File [Proposed] Third Amended Complaint and Motion for Reconsideration at least five days prior to April 19, 2007, the parties may further stipulate to a new date for responses to be filed.

All parties who have appeared in this action have signed below, indicating their agreement to this stipulation.

Dated: February 22, 2007

BINGHAM MCCUTCHEN LLP

By:   /s/   Elizabeth P. Miller
Jason A. Yurasek
Daniel A. Feldstein
Elizabeth P. Miller
Attorneys for Plaintiffs
Genea Scott, Regina Boyce and Julie Holmes

Dated: February 22, 2007

BILL LOCKYER
Attorney General of the State of California

By:   /s/   William A. Krabbenhoft
Thomas McCrackin
William A. Krabbenhoft
Attorneys for Defendants
Roderick Hickman; Frenchie Sellf; Jeanne Woodford; Richard Rimmer; Rosanne Campbell; Peter Szekrenyi; Debra Jacquez; Gwendolyn Mitchell; Sampath Suryadevara, M.D.; Juan Jose Tur, M.D.; Shelly Krus, M.D.

Dated: February 22, 2007

BAKER, MANOCK & JENSEN

By:   /s/   Sherrie M. Flynn
Suzanne D. McGuire
Sherrie M. Flynn
Attorneys for Defendant
Muhammad Anwar, M.D.

Dated: February 21, 2007

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By:   /s/   Daniel L. Wainwright
Mario L. Beltramo, Jr.
Daniel L. Wainwright
Attorneys for Defendants
Susan Hogelund, R.N.;
Madera Community Hospital

IT IS SO ORDERED.

**Dated:   February 25, 2007**              /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE