Bingham McCutchen LLP
JASON A. YURASEK (SBN 202131)
DANIEL A. FELDSTEIN (SBN 209364)
ELIZABETH P. MILLER (SBN 239291)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Plaintiff
GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES<br><br>Plaintiffs,<br><br>v.<br><br>SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; SHELLY KRUSE, M.D.; MUHAMMAD ANWAR, M.D.; SUSAN HOGELUND, R.N.; and MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>Defendants. | No. 1:05-CV-01282-OWW-NEW<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT TO ADD CLAIMS ON BEHALF OF PLAINTIFFS BOYCE AND HOLMES**<br><br>Judge: Honorable Oliver W. Wanger |

WHEREAS, on February 5, 2007, Plaintiffs Genea Scott, Regina Boyce, and Julie Holmes filed and served their Third Amended Complaint in the above captioned matter;

WHEREAS, also on February 5, 2007, Plaintiffs Regina Boyce and Julie Holmes filed and served a Notice of Motion and Motion For Leave To File [Proposed] Third Amended Complaint under FRCP 15 to include new claims against the CDCR Medical Defendants (comprised of Defendants Sampath Suryadevara, Shelly Kruse and Juan Jose Tur); and

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT TO ADD CLAIMS ON BEHALF OF PLAINTIFFS BOYCE AND HOLMES**

PDF created with pdfFactory trial version www.pdffactory.com

1 previously asserted claims against Defendant Madera Community Hospital, Defendant Susan
2 Hogelund and Defendant Muhammad Anwar on behalf of Plaintiffs Regina Boyce and Julie
3 Holmes.
4     WHEREAS, Plaintiffs' request for Leave to File their [Proposed] Third Amended
5 Complaint under FRCP 15 is based on: (a) the fact that Plaintiffs Holmes and Boyce were
6 released from prison and therefore Plaintiffs contend that they are no longer required to follow
7 exhaustion requirements before asserting federal civil rights claims against the CDCR Medical
8 Defendants; and (b) a factual investigation by Plaintiffs demonstrates that Plaintiff Holmes
9 timely submitted her claims to the Victim Compensation and Government Board and therefore
10 she may assert tort claims against the CDCR Defendants Surydevara and Kruse;
11     WHEREAS, on March 22, 2007 the CDCR Defendants agreed that Plaintiffs'
12 request for Leave to File [Proposed] Third Amended Complaint should be GRANTED and
13 Holmes and Boyce should be permitted to file a Fourth Amended Complaint to plead federal
14 civil rights claims and state tort claims against the CDCR Medical Defendants;
15     WHEREAS, on March 23, 2007 counsels for Defendant Madera Community
16 Hospital, Defendant Susan Hogelund, R.N., and Defendant Muhammad Anwar notified
17 Plaintiffs' counsel that the Third Amended Complaint as filed appeared to drop Plaintiff Boyce
18 and Holmes' civil rights claims that were previously asserted in Plaintiffs' Second Amended
19 Complaint.  Plaintiffs promptly explained this was an oversight and all parties stipulated that
20 Plaintiffs Boyce and Holmes may file a Fourth Amended Complaint to assert civil rights claims
21 against Defendant Madera Community Hospital, Defendant Susan Hogelund, and Defendant
22 Muhammad Anwar;
23     WHEREAS, it is understood and agreed that the only claims Plaintiffs are
24 permitted to add by this stipulation in a Fourth Amended Complaint are those allegations
25 previously filed in this action as Plaintiffs' [Proposed] Third Amended Complaint;
26     WHEREAS, it is understood and agreed that this stipulation is made without

PDF created with pdfFactory trial version www.pdffactory.com

1  prejudice to Defendants' ability to assert legal arguments regarding the merits of these causes of
2  action at a later date;
3        WHEREAS, it is further understood and agreed that Defendants do not concede
4  that this or any other amendment relates back to any prior pleading in this matter;
5        WHEREAS, it is equally understood and agreed that Plaintiffs contend that this
6  and all other amendments do relate back to prior pleadings in this matter and reserve their right
7  to oppose any potential argument by Defendants to the contrary.
8        Accordingly, IT IS STIPULATED AND AGREED that:
9        1.  Plaintiffs may file a Fourth Amended Complaint to the extent it adds
10 claims on behalf of Plaintiffs Holmes and Boyce against the CDCR Medical Defendants,
11 Defendant Madera Community Hospital, Defendant Susan Hogelund, R.N., and Defendant
12 Anwar to the First (Violation of § 1983-Eighth Amendment) and Second (Violation of Eighth
13 and Fourteenth Amendments) Causes of Action; and
14       2.  Plaintiffs may file a Fourth Amended Complaint to the extent it adds
15 claims on behalf of Plaintiffs Holmes and Boyce against the CDCR Medical Defendants to the
16 Third Cause of Action (Professional Negligence), and Fifth Cause of Action (Intentional
17 Misrepresentation).
18       3.  In the interests of judicial efficiency, Plaintiffs shall file their Fourth
19 Amended Complaint five (5) court days after the Court both: (i) approves this Stipulation and
20 [Proposed] Order and (ii) issues its Order regarding Plaintiffs' Motion For Reconsideration
21 regarding the inclusion of the CDCR Non-Medical Defendants.
22       4.  All parties agree that Defendants' Responses to Plaintiffs' Fourth
23 Amended Complaint will be filed no later than twenty (20) days after Plaintiffs file their Fourth
24 Amended Complaint.
25
26

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: April 2, 2007

2                                             BINGHAM MCCUTCHEN LLP

3

4                                             By:      /s/
                                                  JASON A. YURASEK
5                                                 DANIEL A. FELDSTEIN
                                                  Attorneys for Plaintiffs
6                                             Genea Scott, Regina Boyce, and Julie Holmes

7

8  DATED: April 2, 2007

9                                             BILL LOCKYER
                                              Attorney General of the State of California
10

11

12                                            By:      /s/
                                                  BILL KRABBENHOFT
                                                  Attorneys for Defendants
13                                            Roderick Hickman, Frenchie Sellf
                                              Jeanne Woodford, Richard Rimmer,
14                                            Rosanne Campbell, Peter Szekrenyi,
                                              Debra Jacquez, Gwendolyn Mitchell,
15                                            Sampath Suryadevara, M.D.,
                                              Juan Jose Tur, M.D., and Shelly Kruse, M.D.
16

17 DATED: April 2, 2007

18                                            MCCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH
19

20

21                                            By:      /s/
                                                  MARIO L. BELTRAMO, JR.
                                                  DANIEL WAINWRIGHT
22                                                Attorneys for Defendants
                                              Madera Community Hospital and
23                                            Susan Hogelund, R.N.

24

25

26

---

4

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FOURTH AMENDED
COMPLAINT TO ADD CLAIMS ON BEHALF OF PLAINTIFFS BOYCE AND HOLMES**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | DATED: April 2, 2007 |
| 2 | BAKER, MANOCK & JENSEN |
| 3 | |
| 4 | By: /s/ |
| 5 | SUZANNE D. MCGUIRE<br>SHERRIE M. FLYNN<br>Attorneys for Defendant |
| 6 | Muhammed Anwar, M.D. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 4/5/2007

/s/ Oliver W. Wanger
Hon. Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com