1  William M. White     #152214
   Suzanne D. McGuire  #203888
2  Sherrie M. Flynn       #240215
   **BAKER MANOCK & JENSEN, PC**
3  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
4  Telephone:  559.432.5400
   Facsimile:  559.432.5620
5

6  Attorneys for   Defendant Muhammad Anwar, M.D.

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 GENEA SCOTT, et al.,                        )   No. 1:05-CV-01282-OWW-GSA
                                               )
12             Plaintiffs,                     )   JOINT STIPULATION AND ORDER
         v.                                    )   RESCHEDULING DISCOVERY
13                                             )   DEADLINES AND TRIAL DATE
   SAMPATH SURYADEVARA, M.D., et al.,          )
14                                             )
               Defendants.                     )
15                                             )
                                               )
16                                             )
                                               )
17 _____ )

18         Pursuant to the Local Rules of the United States District Court for the Eastern District of

19 California, Rule 83-143, Plaintiffs Genea Scott, Regina Boyce and Julie Holmes, and Defendants

20 Debra Jacquez; Gwendolyn Mitchell; Sampath Suryadevara, M.D., Juan Jose Tur, M.D.; Shelly

21 Kruse, M.D.; Muhammad Anwar, M.D.; and Madera Community Hospital, through their counsel

22 of record,

23         STIPULATE AND AGREE AS FOLLOWS:

24         1.      On December 26, 2006, the Court entered an order consolidating for

25 purposes of discovery the above-entitled matter with the related case of *Brenda Allen v. Jeanne*

26 *Woodford, et al.*, Case No. 1:05-cv-01104-OWW-GSA.

27         2.      On March 28, 2008, the Court entered a Scheduling Conference Order

28 (Document No. 96) setting forth the following deadlines in this matter:

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING DISCOVERY DEADLINES AND
TRIAL DATE

| | | |
|---|---|---|
| 1 | Discovery Deadline (non-expert): | January 9, 2009 |
| 2 | Expert Disclosure Deadline: | February 27, 2009 |
| 3 | Rebuttal or Supplemental Expert Disclosure Deadline: | March 30, 2009 |
| 4 | Discovery Deadline (expert): | May 8, 2009 |
| 5 | Non-Dispositive Pre-Trial Motion Filing Deadline: | May 22, 2009 |
| 6 | Settlement Conference: | June 4, 2009 |
| 7 | Dispositive Pre-Trial Motion Filing Deadline: | June 9, 2009 |
| 8 | Pre-Trial Conference Date: | August 17, 2009 |
| 9 | Trial Date: | September 29, 2009 |

10     3.     Plaintiffs and Defendants have engaged in some discovery, and in the
11 related case of *Allen v. Woodford, et al.*, Plaintiff served document subpoenas on Non-Party
12 employees of the state of California on May 24, 2007 and June 7, 2007.  However a dispute
13 arose regarding whether the Non-Parties are required to produce the documents, or whether the
14 Eleventh Amendment immunizes the Non-Parties from having to respond to Ms. Allen's
15 subpoenas.

16     4.     On February 20, 2008, the Court granted Plaintiff Allen's motion to
17 compel the Non-Parties to produce all responsive documents.  On April 3, 2008, the Court issued
18 an order denying the Non-Parties' request for reconsideration of that ruling.  On April 23, 2008,
19 the Non-Parties filed a Notice of Appeal to the United States Court of Appeals for the Ninth
20 Circuit (Document No. 228).

21     5.     The appeal is currently pending before the Ninth Circuit.  (Case No. 08-
22 016118).  Based on the consolidation for purposes of discovery, to the extent any documents are
23 produced in the *Allen* case, those documents would also be useable in this case.  Plaintiffs
24 contend that they cannot properly conduct discovery or prepare for trial until they know whether
25 they will receive the documents in issue.  Plaintiffs further contend that any Defendants and
26 defense witnesses deposed while the appeal is pending would have to be deposed again if this
27 Court's order compelling production of the documents is affirmed and the documents are
28 produced.  Defendants contend that if such documents are produced, Defendants are entitled to

an opportunity to question witnesses regarding the content of such documents, and thus Defendants cannot complete discovery until it is known whether or not any documents will be produced by the Non-Parties.

6. Therefore, in order to avoid unnecessary expense and duplicated effort, the parties stipulate and request that the current trial date and deadlines be vacated and new dates and deadlines be set as the following

| | |
|---|---|
| Discovery Deadline (non-expert): | June 26, 2009 |
| Expert Disclosure Deadline: | August 28, 2009 |
| Rebuttal or Supplemental Expert Disclosure Deadline: | September 21, 2009 |
| Discovery Deadline (expert): | October 23, 2009 |
| Non-Dispositive Pre-Trial Motion Filing Deadline: | November 12, 2009 |
| Dispositive Pre-Trial Motion Filing Deadline: | April 27, 2010 |
| Mandatory Settlement Conference: | June 7, 2010 |
| Pre-Trial Conference Date: | August 9, 2010 |
| Trial Date: | September 14, 2010 |

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2  DATED: December 17, 2008        BINGHAM MCCUTCHEN LLP

3                                  By: /s/ Sandra C. Zuniga
4                                      John D. Pernick
                                       Sandra C. Zuniga
                                       Attorneys for Plaintiffs
5                                      GENEA SCOTT, REGINA BOYCE
                                       and JULIE HOLMES
6
7  DATED: December 17, 2008        ATTORNEY GENERAL OF THE STATE OF
                                   CALIFORNIA
8
                                   By: /s/ William A. Krabbenhoft
9                                      WILLIAM A. KRABBENHOFT
                                       Deputy Attorney General
10                                     Attorneys for Defendants Debra Jacquez,
                                       Shelly Kruse, Gwendolyn Mitchell, Sampath
11                                     Suryadevara, M.D., and Juan Jose Tur, M.D.

12 DATED: December 17, 2008        MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                   CARRUTH
13

14                                 By: /s/ Daniel Wainwright
                                       Mario L. Beltramo, Jr.
15                                     Daniel L. Wainwright
                                       Attorneys for Defendant
16                                     MADERA COMMUNITY HOSPITAL

17 DATED: December 17, 2008        BAKER MANOCK & JENSEN, PC

18
                                   By: /s/ Suzanne D. McGuire
19                                     William M. White
                                       Suzanne D. McGuire
20                                     Sherrie M. Flynn
                                       Attorneys for Defendant
21                                     MUHAMMAD ANWAR, M.D.

22

23

24

25

26

27

28

4

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DISCOVERY DEADLINES AND TRIAL DATE

1 | **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2

3 | DATED:  1/7/2009                                             /s/ OLIVER W. WANGER
                                                                              The Honorable Oliver W. Wanger
4                                                                             United States District Court
                                                                              Eastern District of California

8 | DMS: 700790_1.doc