| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>JOHN PERNICK (SBN 155468) |
| 2 | john.pernick@bingham.com<br>ELIZABETH KENNEDY (SBN 246039) |
| 3 | bess.kennedy@bingham.com<br>SANDRA ZUNIGA (SBN 250881) |
| 4 | sandra.zuniga@bingham.com<br>KYLE ZIPES (SBN 251814) |
| 5 | kyle.zipes@bingham.com<br>Three Embarcadero Center |
| 6 | San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000 |
| 7 | Facsimile: (415) 393-2286 |
| 8 | Attorneys for Plaintiffs<br>Genea Scott, Regina Boyce and Julie Holmes |
| 9 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE AND JULIE HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>SAMPATH SURYADEVARA, M.D., et al.<br><br>Defendants. | No. 1:05-CV-01282-OWW-GSA<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT MADERA COMMUNITY HOSPITAL; ORDER GRANTING <u>REQUEST FOR DISMISSAL</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Eastern District of California Local Rule 16-160, Plaintiffs Genea Scott, Regina Boyce and Julie Holmes (collectively "Plaintiffs") and Defendant Madera Community Hospital ("MCH"), individually and exclusively, in the above-captioned matter and through their counsel of record,

STIPULATE AND AGREE AS FOLLOWS:

/ / /

/ / /

A/73056824.1                                                                                                 No. 1:05-CV-01282-OWW-GSA

REQUEST FOR DISMISSAL OF DEFENDANT MADERA COMMUNITY HOSPITAL;
ORDER GRANTING REQUEST FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1.      1.     On June 3, 2009, Plaintiffs and MCH executed a mutually-beneficial settlement agreement, concluding many discussions, comments, negotiations, offers and counter-offers between counsel for MCH and counsel for Plaintiffs.

2.      2.     Plaintiffs' Attorney, who subscribes her name below, warrants to the Court that she is empowered to enter into this Dismissal upon behalf of Plaintiffs.

3.      3.     Therefore, in order to effectuate the parties' settlement agreement and resolve Plaintiffs' claims against Defendant Madera Community Hospital, the parties stipulate and request that this Court dismiss with prejudice Defendant Madera Community Hospital, individually and as a Defendant in the above-referenced matter filed on October 11, 2005.

Respectfully submitted,

DATED: June 10, 2009     Bingham McCutchen LLP

By:    /s/ Sandra C. Zuniga
Sandra C. Zuniga
Attorney for Plaintiffs
Genea Scott, Regina Boyce and Julie Holmes

DATED: June 10, 2009     MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By:    /s/ Daniel Wainwright
Mario L. Beltramo, Jr.
Daniel Wainwright
Attorneys for Defendant
MADERA COMMUNITY HOSPITAL

**IT IS SO ORDERED.**

DATED: _June 10, 2009

By: ___/s/ OLIVER W. WANGER___
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com