Bingham McCutchen LLP
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
ELIZABETH KENNEDY (SBN 246039)
bess.kennedy@bingham.com
SANDRA C. ZUNIGA (SBN 250881)
sandra.zuniga@bingham.com
KYLE ZIPES (SBN 251814)
kyle.zipes@bingham.com

Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Plaintiffs
Genea Scott, Regina Boyce and Julie Holmes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE AND JULIE HOLMES,<br><br>Plaintiffs,<br>v.<br><br>SAMPATH K. SURYADEVARA, et al.,<br><br>Defendants. | No. 1:05-CV-01282-OWW-GSA<br><br>JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |

Pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rule 83-143, Plaintiffs Genea Scott, Regina Boyce and Julie Holmes (collectively "Plaintiffs"), and Defendants Debra Jaquez; Shelly Kruse; Gwendolyn Mitchell; Sampath Suryadevara, M.D.; Juan Jose Tur, M.D.; Muhammed Anwar, M.D.; and Madera Community Hospital; ("Defendants"), through their counsel of record,

STIPULATE AND AGREE AS FOLLOWS:

1.	On January 8, 2009, the Court entered an Order (Document No. 98) setting forth the following deadlines in this matter:

Discovery Deadline (non-expert):	June 26, 2009

| | | |
|---|---|---|
| 1 | Expert Disclosure Deadline: | August 28, 2009 |
| 2 | Rebuttal or Supplemental Expert Disclosure Deadline: | September 21, 2009 |
| 3 | Discovery Deadline (expert): | October 23, 2009 |
| 4 | Non-Dispositive Pre-Trial Motion Filing Deadline: | November 12, 2009 |
| 5 | Dispositive Pre-Trial Motion Filing Deadline: | April 27, 2010 |
| 6 | Settlement Conference: | June 7, 2010 |
| 7 | Pre-Trial Conference Date: | August 9, 2010 |
| 8 | Trial Date: | September 14, 2010 |

9    2.    Plaintiffs and Defendants have engaged in some discovery, and Plaintiffs
10 believe that potentially relevant documents are within the custody or control of employees of the
11 state of California who are not parties to this litigation (the "Non-Parties"). Accordingly,
12 plaintiff Brenda Allen, in *Allen v. Woodford*, Case No. 1:05-cv-01104 (consolidated with this
13 action for the purposes of discovery) served subpoenas on these Non-Parties on May 24, 2007
14 and June 7, 2007. However a dispute arose regarding whether the Non-Parties are required to
15 produce the relevant documents, or whether the Eleventh Amendment immunizes the Non-
16 Parties from having to respond to Ms. Allen's subpoenas.

17    3.    U.S. Magistrate Judge Gary S. Austin issued an order granting Ms. Allen's
18 motion to compel the Non-Parties to produce all responsive documents on February 20, 2008
19 (Document No. 221). On April 3, 2008, this Court issued an order denying the Non-Parties'
20 request for reconsideration of the magistrate judge's ruling compelling compliance with the
21 subpoenas (Document No. 226). On April 23, 2008, the Non-Parties filed a Notice of Appeal to
22 the United States Court of Appeals for the Ninth Circuit (Document No. 228).

23    4.    The appeal is currently pending before the Ninth Circuit. (Case No. 08-
24 016118). Plaintiffs here contend that they cannot properly conduct discovery or prepare for trial
25 until they know whether they will receive these relevant and responsive documents. Moreover,
26 Plaintiffs contend that any defendants and defense witnesses deposed while the appeal is pending
27 would have to be deposed again if this Court's order compelling production of the documents is
28 affirmed and the documents are produced.

PDF created with pdfFactory trial version www.pdffactory.com

1          5.     The parties have previously stipulated to reset the discovery and trial

2   deadlines to accommodate resolution of the Ninth Circuit appeal (Documents No. 96, 98).

3          6.     Therefore, in order to avoid unnecessary expense and duplicated effort, the

4   parties stipulate and request that the current expert and non-expert discovery deadlines be

5   extended by approximately three months and the new dates and deadlines be set as the following

| | |
|---|---|
| Discovery Deadline (non-expert): | September 25, 2009 |
| Expert Disclosure Deadline: | November 20, 2009 |
| Rebuttal or Supplemental Expert Disclosure Deadline: | December 21, 2009 |
| Discovery Deadline (expert): | January 22, 2010 |
| Non-Dispositive Pre-Trial Motion Filing Deadline: | February 12, 2009 |
| Dispositive Pre-Trial Motion Filing Deadline: | April 27, 2010 |
| Settlement Conference: | June 7, 2010 |
| Pre-Trial Conference Date: | August 9, 2010 |
| Trial Date: | September 14, 2010 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: June 5, 2009           BINGHAM MCCUTCHEN LLP


By: /s/ Sandra C. Zuniga
         Sandra C. Zuniga
         Attorneys for Plaintiff
         BRENDA ALLEN

DATED: June 5, 2009
                              EDMUND G. BROWN JR.
                              Attorney General of the State of California
                              ALBERTO GONZALEZ
                              Supervising Deputy Attorney General


By: /s/ John M. Feser, Jr.

                              JOHN M. FESER, JR.
                              Deputy Attorney General
                              Attorneys for Defendants Jeanne Woodford, Richard
                              Rimmer, Rosanne Campbell, Gwendolyn Mitchell,
                              Sampath Suryadevara, M.D. and Juan Jose Tur, M.D.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED:  June 5, 2009 | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH |
| 2 | | |
| 3 | | By: /s/ Daniel Wainwright |
| 4 | | Mario L. Beltramo, Jr.<br>Daniel Wainwright<br>Attorneys for Defendant |
| 5 | | MADERA COMMUNITY HOSPITAL |
| 6 | DATED:  June 5, 2009 | BAKER MANOCK & JENSEN, PC |
| 7 | | |
| 8 | | By:  /s/ Sherrie M. Flynn<br>William M. White |
| 9 | | Sherrie M. Flynn<br>Attorneys for Defendant |
| 10 | | MUHAMMAD ANWAR, M.D. |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

| | | |
|---|---|---|
| 15 | DATED:  _June 10, 2009 | /s/ OLIVER W. WANGER |
| 16 | | The Honorable Oliver W. Wanger<br>United States District Court<br>Eastern District of California |

PDF created with pdfFactory trial version www.pdffactory.com