Mario L. Beltramo, Jr., # 053146-0
Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
SUSAN HOGELUND, R.N.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA JACQUEZ; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; SHELLY KRUSE, M.D.; MUHAMMAD ANWAR, M.D.; and MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>Defendants. | Case No.  1:05-CV-01282-OWW WMW-PC<br><br>**JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, SUSAN HOGELUND, R.N., FROM THIS LITIGATION** |

IT IS HEREBY STIPULATED by and between Plaintiffs, GENEA SCOTT, REGINA BOYCE and JULIE HOLMES, and Defendant, SUSAN HOGELUND, R.N. through their designated counsel, that the above-captioned civil action and all of their respective claims against Defendant, SUSAN HOGELUND, R.N., be and hereby are **dismissed**, **with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1).

The attorneys executing this Stipulation below, each warrant to the Court that they are each empowered to enter into this Stipulation and resulting dismissal of Defendant, SUSAN HOGELUND, R.N.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, SUSAN HOGELUND, R.N., FROM THIS LITIGATION

Dated: June 17, 2009

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Daniel L. Wainwright
Mario L. Beltramo, Jr.
Daniel L. Wainwright
Attorneys for Defendant
MADERA COMMUNITY HOSPITAL

Dated: June 17, 2009

BINGHAM McCUTCHEN LLP

By: /s/ Sandra C. Zuniga
Sandra C. Zuniga
Attorneys for Plaintiff
BRENDA ALLEN

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, SUSAN HOGELUND, R.N., FROM THIS LITIGATION

## ORDER DISMISSING DEFENDANT, MCH

**PURSUANT TO THE STIPULATION OF THE PARTIES, AS SET FORTH ABOVE, AND GOOD CAUSE APPEARING IT IS ORDERED AS FOLLOWS**:

Defendant, SUSAN HOGELUND, R.N., is hereby dismissed, with prejudice, from this litigation.

Date: June 17, 2009

/s/ OLIVER W. WANGER
Oliver W. Wanger
Judge, U. S. District Court

66215/00038-1409565.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, SUSAN HOGELUND, R.N., FROM THIS LITIGATION