William M. White #152214
Suzanne D. McIntosh #203888
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant MUHAMMAD ANWAR, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA JACQUEZ; GWENDOLYN MITCHELL; SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; SHELLY KRUSE, M.D.; MUHAMMAD ANWAR, M.D.; and MADERA COMMUNITY HOSPITAL, a California Corporation,<br><br>Defendants. | Case No. 1:05-CV-01282-OWW-GSA<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF DEFENDANT MUHAMMAD ANWAR M.D.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>ACTION FILED: October 11, 2005<br>TRIAL DATE: September 14, 2010 |

WHEREAS, on June 16, 2009, Defendant Muhammad Anwar, M.D. ("Defendant") filed: (1) Motion for Summary Judgment Or, Alternatively, for Summary Adjudication of Claims of Plaintiff Genea Scott and related Motion to File Documents Under Seal (Document Nos. 105-114); (2) Motion for Summary Judgment Or, Alternatively, for Summary Adjudication of Claims of Plaintiff Julie Holmes and related Motion to File Documents Under Seal (Document Nos. 115-124); and (3) Motion for Summary Judgment Or, Alternatively, for Summary Adjudication of Claims of Plaintiff Julie Holmes and related Motion to File Documents Under Seal (Document Nos. 125-134) (collectively "Motions");

///

WHEREAS, an appeal is pending before the Ninth Circuit (Case No. 08-016118) ("Appeal") related to documents subpoenaed but not produced by non-party employees of the State of California which Plaintiffs Genea Scott, Julie Holmes and Regina Boyce (collectively "Plaintiffs") contend they need in order to prepare oppositions to Defendant's Motions;

WHEREAS, in the related case of *Allen v. Woodford*, E.D. Case No. 1:05-CV-01104-OWW-GSA, the Court granted Plaintiff's Rule 56(f) Request for Denial of Defendant's Motion for Summary Judgment, denied Defendant's Motion for Summary Judgment without prejudice, and stayed the case until the Ninth Circuit mandate is issued in the Appeal; and

WHEREAS, Plaintiffs and Defendant anticipate that the Court would similarly rule if Plaintiffs filed Rule 56(f) Requests for Denial of Defendant's Motions in this case, and Plaintiffs have indicated their intention to file such requests;

Accordingly, pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rule 83-143, Plaintiffs and Defendant, by and through their attorneys of record STIPULATE and AGREE as follows:

1. Defendant will withdraw its Motions without prejudice to re-file when the Ninth Circuit issues its order on the petition for writ of mandamus in the currently-pending appeal (Case No. 08-016118).

All parties in this action have signed below, indicating their agreement to this stipulation.

Dated: September 2, 2009

                                              BAKER MANOCK & JENSEN, PC

                                              By:   /s/ Sherrie M. Flynn
                                              William M. White
                                              Suzanne D. McGuire
                                              Sherrie M. Flynn
                                              Attorneys for Defendant
                                              Muhammad Anwar, M.D.

///

///

///

**STIPULATION AND ORDER FOR WITHDRAWAL OF DEFENDANT MUHAMMAD ANWAR M.D.'S MOTIONS FOR SUMMARY JUDGMENT**

Dated: September 2, 2009

BINGHAM MCCUTCHEN LLP


By:   /s/ Sandra Zuniga
John D. Pernick
Elizabeth Kennedy
Sandra Zuniga
Kyle Zipes
Attorneys for Plaintiffs
Genea Scott, Regina Boyce and Julie Holmes

K:\OWW\Stipulations\05cv1282.stipo.with.msj.wpd

IT IS SO ORDERED.

**Dated:**   **September 3, 2009**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND ORDER FOR WITHDRAWAL OF DEFENDANT MUHAMMAD ANWAR M.D.'S MOTIONS FOR SUMMARY JUDGMENT**