William M. White    #152214
Sherrie M. Flores   #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for    Defendant MUHAMMAD ANWAR, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| GENEA SCOTT, REGINA BOYCE AND JULIE HOLMES, <br><br> Plaintiffs, <br><br> v. <br><br> RODERICK HICKMAN, et al, <br><br> Defendants. | Case No. 1:05-CV-001282-OWW-WMW-PC <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiffs GENEA SCOTT, REGINA BOYCE, and JULIE HOLMES and Defendant MUHAMMAD ANWAR, M.D. by and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  The parties hereto further stipulate that each party is to bear his or her own attorneys' fees and costs.

///
///
///
///
///
///
///
///

**STIPULATION AND ORDER OF DISMISSAL**

1 | DATED: December 1, 2009.        BINGHAM MCCUTCHEN

3 | By /s/ John Pernick
John Pernick
Attorneys for Plaintiffs GENEA SCOTT, REGINA BOYCE and JULIE HOLMES

6 | DATED: December 15, 2009.        BAKER, MANOCK & JENSEN

8 | By /s/ William M. White
William M. White
Attorneys for Defendant MUHAMMAD ANWAR,

IT IS SO ORDERED.

**Dated:   March 19, 2010**          /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE