FILED

JUL 2 9 2010

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1   BINGHAM McCUTCHEN LLP
    JOHN PERNICK (SBN 155468)
2   JOHN.PERNICK@BINGHAM.COM
    ELIZABETH KENNEDY (SBN 246039)
3   BESS.KENNEDY@BINGHAM.COM
    SANDRA ZUNIGA (SBN 250881)
4   SANDRA.ZUNIGA@BINGHAM.COM
    KYLE ZIPES (SBN 251814)
5   KYLE.ZIPES@BINGHAM.COM
    THREE EMBARCADERO CENTER
6   SAN FRANCISCO, CA 94111-4067
    TELEPHONE: (415) 393-2000
7   FACSIMILE: (415) 393-2286
    ATTORNEYS FOR PLAINTIFFS
8   GENEA SCOTT, REGINA BOYCE AND JULIE HOLMES

9   EDMUND G. BROWN JR., State Bar No. 37100
    Attorney General of California
10  ALBERTO L. GONZALEZ, State Bar No. 117605
    Supervising Deputy Attorney General
11  WILLIAM A. KRABBENHOFT, State Bar No. 119197
    Deputy Attorney General
12  1300 I Street, Suite 125
    P.O. Box 944255
13  Sacramento, CA 94244-2550
    Telephone: (916) 324-5334
14  Fax: (916) 322-8288
    E-mail: Bill.Krabbenhoft@doj.ca.gov
15

16  *Attorneys for Defendants Debra Jacquez, Shelly
    Kruse, M.D., Gwendolyn Mitchell, Sampath*
17  *Suryadevara, M.D., and Juan Jose Tur, M.D.*

18              IN THE UNITED STATES DISTRICT COURT

19           FOR THE EASTERN DISTRICT OF CALIFORNIA

20

21

22  **GENEA SCOTT,**                    1:05-CV-1282 OWW GSA PC

23                      Plaintiff,   [PROPOSED] **ORDER GRANTING
24                                   REQUEST FOR DISMISSAL**

25          v.

26  **RODERICK HICKMAN, et al.,**

27                      Defendants.

28
                                1

[Proposed] Order Granting Request for Dismissal  (1:05-CV-1282 OWW GSA PC)

1    This Court dismisses with prejudice Defendants Debra Jacquez, Shelly Kruse, M.D.,

2  Gwendolyn Mitchell, Sampath Suryadevara, M.D., and Juan Jose Tur, M.D., individually and as

3  Defendants in the above-referenced matter pursuant to Federal Rule of Civil Procedure 41(a)(2)

4  and Eastern District of California Local Rule 16-160.

5    **IT IS SO ORDERED:**

6  Dated:  $7-29-10$

7                                              The Honorable Oliver W. Wanger
                                               United States District Court Judge

8  SA2006100783
   Document in ProLaw
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2