1    BINGHAM MCCUTCHEN LLP
     JOHN PERNICK (SBN 155468)
2    JOHN.PERNICK@BINGHAM.COM
     ELIZABETH KENNEDY (SBN 246039)
3    BESS.KENNEDY@BINGHAM.COM
     SANDRA ZUNIGA (SBN 250881)
4    SANDRA.ZUNIGA@BINGHAM.COM
     Three Embarcadero Center
5    San Francisco, CA  94111-4067
     Telephone:  (415) 393-2000
6    Fax:  (415) 393-2286
     *Attorneys for Plaintiffs Genea Scott,*
7    *Regina Boyce and Julie Holmes*

8

     EDMUND G. BROWN JR., State Bar No. 37100
9    Attorney General of California
     ALBERTO L. GONZALEZ, State Bar No. 117605
10   Supervising Deputy Attorney General
     WILLIAM A. KRABBENHOFT, State Bar No. 119197
11   Deputy Attorney General
     1300 I Street, Suite 125
12   P.O. Box 944255
     Sacramento, CA 94244-2550
13   Telephone:  (916) 324-5334
     Fax:  (916) 322-8288
14   E-mail:  Bill.Krabbenhoft@doj.ca.gov
     *Attorneys for Defendants Roderick Hickman,*
15   *Frenchie Sellf, Jeanne Woodford, Richard Rimmer,*
     *Roseanne Campbell, Peter Szekrenyi and California*
16   *Department of Corrections*

17

IN THE UNITED STATES DISTRICT COURT

18

FOR THE EASTERN DISTRICT OF CALIFORNIA

19

20

21

| | |
|---|---|
| 22   **GENEA SCOTT, et al.,** | 1:05-CV-1282 OWW GSA PC |
| 23                        Plaintiffs, | **ORDER GRANTING REQUEST FOR DISMISSAL** |
| 24      v. | |
| 25 | |
| 26   **RODERICK HICKMAN, et al.,** | |
| 27                        Defendants. | |

28

1

1  This Court dismisses with prejudice Defendants California Department of Corrections,
2  Roderick Hickman, Frenchie Sellf, Jeanne Woodford, Richard Rimmer, Roseanne Campbell and
3  Peter Szekrenyi, individually and as Defendants in the above-referenced matter pursuant to
4  Federal Rule of Civil Procedure 41(a)(2) and Eastern District of California Local Rule 16-160.

IT IS SO ORDERED.

Dated:   **August 12, 2010**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE